469 A.2d 279

Commonwealth ex rel. Bailey v. Bailey, Appellant.

Submitted October 3, 1983. Edward D. Foy, Jr., for appellant; David Lake Shenkle; for appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Appeal dismissed as moot.